Paul H. Galligan (PG-3083)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| SANDY B. GOICOCHEA, | Civil Action No. 13-cv-08154 (DAB) |
| Plaintiff, | |
| -against- | |
| THE PRIVATE LABEL COMPANY, LLC, | |
| Defendant. | |

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Paul H. Galligan of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York 10018, hereby enters his appearance as counsel for Defendant, The Leading Hotels Of The World, Ltd., (incorrectly named above as The Private Label Company, LLC) in the above-captioned action. Paul H. Galligan hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       February 27, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By  s/ Paul H. Galligan
    Paul H. Galligan (PG-3083)
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
pgalligan@seyfarth.com

*Attorneys for Defendant*
*The Leading Hotels of the World, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2014, a copy of the foregoing Notice of Appearance was electronically filed through the Court's CM/ECF system, which sent a notification of such filing to the following:

> Antoinette M. Wooten, Esq.
> Furman Law Firm
> 116 West 23rd Street, Ste. 500
> New York, NY 10011
> (212) 242-8507
> Email: toinwt@aol.com

> s/ Paul H. Galligan
> Paul H. Galligan

16893093v.1