Paul H. Galligan (PG-3083)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
*Attorneys For Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SANDY B. GOICOCHEA,

        Plaintiff,

  -against-

THE PRIVATE LABEL COMPANY, LLC,

        Defendant.

------------------------------------------------------- X

Civil Action No. 13-cv-08154 (DAB)

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, THE LEADING HOTELS OF THE WORLD, LTD., (incorrectly named above as THE PRIVATE LABEL COMPANY, LLC), a nongovernmental corporate party in the above listed civil action, through its attorneys, Seyfarth Shaw LLP, states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: February 27, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ Paul H. Galligan
    Paul H. Galligan (PG-3083)
    pgalligan@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

Attorneys for Defendant
THE LEADING HOTELS OF THE WORLD, LTD.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2014, a copy of the foregoing Fed. R. Civ. P. Rule 7.1 Corporate Disclosure Statement was electronically filed through the Court's CM/ECF system, which sent a notification of such filing to the following:

>Antoinette M. Wooten, Esq.
>Furman Law Firm
>116 West 23rd Street, Ste. 500
>New York, NY 10011
>(212) 242-8507
>Email: toinwt@aol.com

>s/ Paul H. Galligan
>Paul H. Galligan